**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-7131

EZEKIEL J. COX,

        Plaintiff - Appellant,

    v.

DR. IQBAL; LARRY EDMONDS, Warden; BOWELS, Assistant Warden; MR. BENJAMIN DEMPSEY, IPM; MS. HOVER, Head Nurse R.N.; MRS. CLEMENTS, Nurse R.N.; MS. LAWRENCE, Nurse R.N.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:22-cv-00708-HEH-MRC)

Submitted: April 18, 2024                           Decided: April 19, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ezekiel J. Cox, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ezekiel Cox appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to comply with the court's order to file a particularized complaint. We have reviewed the record and find no reversible error. After Cox filed his initial complaint, the district court twice ordered Cox to file an amended complaint specifying the claims he sought to raise against each Defendant. The district court warned Cox that failure to comply would result in dismissal of the action. Cox failed to comply with both orders. Accordingly, we affirm the district court's order dismissing the action with prejudice. *Cox v. Iqbal*, No. 3:22-cv-00708-HEH-MRC (E.D. Va. Oct. 25, 2023). We also deny Cox's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*